IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MYRTLE RAMSEUR, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:21-CV-1656 |
| | § | **JURY** |
| TARGET CORPORATION, | § § § | |
| Defendant. | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Target Corporation, ("Target") hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removing the above-captioned case to the United States District Court for the Southern District of Texas, Houston Division. The grounds for removal are as follows:

### I. Introduction

1. Plaintiff Myrtle Ramseur ("Plaintiff" or "Ramseur"), at the time this action was commenced, was, and still is, a resident and a citizen of Texas.

2. Target, at the time this action was commenced, was, and still is, a resident and a citizen of Minnesota.

3. Plaintiff claims that on or about August 16, 2020, she was at a Target store when she slipped on a clear liquid substance and fell onto the floor. Plaintiff's Original Petition at para. 7.1. Plaintiff contends that she suffered severe injuries as a result of same. *Id.*

1

4. On or about March 30, 2021, Plaintiff commenced a lawsuit in the County Civil Court at Law No. 2 of Harris County, Texas, Cause No. 1166858, styled *Myrtle Ramseur v. Target Corporation*. *Id.* at p. 1. Defendant was served on or about April. 26, 2021.

5. Plaintiff avers, inter alia, that Target was negligent in failing to maintain the area in question. *Id*. at p. 2. Consequently, Plaintiff seeks to recover damages for premises liability and negligent activity. *Id*.

## II.  Grounds for Removal

**A.**    **Complete Diversity of Citizenship Exists Between the Parties and the Amount in Controversy Exceeds $75,000.00.**

6. Plaintiff is a citizen and a resident of Texas.  Target is a citizen and a resident of Minnesota.  Thus, the parties are completely diverse.  *See* 28 U.S.C. § 1332(a).

7. Plaintiff is seeking in excess damages in excess of $75,000.00. In particular, Plaintiff's petition seeks "monetary relief of more than  $100,000 but less than $200,000". *See* Plaintiff's Original Petition at para. 3.1.  Therefore, the amount in controversy exceeds $75,000.00.

**B.**    **Venue is Proper in This Division and in This District.**

8. Plaintiff filed this action in Harris County, Texas.  The Houston Division of the Southern District of Texas encompasses Harris County, Texas.  Thus, this district and division embrace the place where the state court action is pending.  *See* 28 U.S.C. §1441(a).

## III.  Procedural Requirements for Removal

9. This Notice of Removal is filed within thirty days of the date on which Defendant received the summons and complaint.  Thus, this Notice of Removal is timely. *See* 28 U.S.C. § 1446(b).

10. Copies of all processes, pleadings, and orders have been filed separately with this Court. *See* 28 U.S.C. § 1446(a).

11. Pursuant to Local Rule 81 of the Southern District of Texas, the following documents are attached to this Notice of Removal: copy of all processes, attached hereto as Exhibit "A"; all pleadings and orders signed by the Judge attached hereto as Exhibit "B"; an Index of Matters Being Filed, attached hereto as Exhibit "C"; and a list of all Counsel of Record, including addresses, telephone numbers and parties represented is attached hereto as Exhibit "D".

12. A copy of this Notice of Removal will be filed with the Harris County District Clerk's office promptly and will be served on Plaintiff promptly. *See* 28 U.S.C. § 1446(d); *see also Nixon v. Wheatley*, 368 F. Supp. 2d 635, 640 (E.D. Tex. 2005) (Crone, J).

13. The filing fee has been paid to the Clerk.

### IV.  Prayer

14. WHEREFORE, PREMISES CONSIDERED, Defendant Target Corporation prays that the above-styled action now pending in the County Civil Court at Law No. 2 of Harris County, Texas, be removed there from to this Honorable Court.

15. This Notice of Removal is filed subject to and without waiver of any defenses or objections to Plaintiff's Original Petition as allowed by the Federal Rules of Civil Procedure or by any applicable law.

Respectfully submitted,

**GERMER, PLLC**

By: /s/ Valerie Ly
  TROY A. WILLIAMS
  State Bar No. 00788678
  Fed. ID: 19043

VALERIE LY
State Bar No. 24053692
Fed ID: 2387134
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
*Telephone*: (713) 650-1313
*Facsimile:* (713) 739-7420
*E-Mail:* twilliams@germer.com
*E-Mail:* vly@germer.com

**ATTORNEYS FOR DEFENDANT,
TARGET CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been duly sent via CM/ECF on May 20, 2021 to all counsel of record, as follows:

Kenneth R. Baird
The Baird Law Firm
2323 South Voss Road, Suite 325
Houston, Texas  77057

/s/ Valerie Ly
Valerie Ly

4