# EXHIBIT A



# Service of Process Transmittal
04/26/2021
CT Log Number 539448542

**TO:**  Sue Carlson
Target Corporation
1000 NICOLLET MALL
MINNEAPOLIS, MN 55403-2542

**RE:**  Process Served in Texas

**FOR:**  Target Corporation  (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MYRTLE RAMSEUR, PLTF. vs. TARGET CORPORATION, DFT. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 1166858 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/26/2021 at 03:55 |
| **JURISDICTION SERVED :** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/27/2021, Expected Purge Date: 05/02/2021<br><br>Image SOP<br><br>Email Notification,  Non Employee Litigation Target  gl.legal@target.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Apr 26, 2021

**Server Name:** DON ANDERSON

| | |
|---|---|
| Entity Served | TARGET CORPORATION |
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | 1166858 |
| Jurisdiction | TX |





# OFFICE OF TENESHIA HUDSPETH
COUNTY CLERK, HARRIS COUNTY, TEXAS
COUNTY CIVIL COURTS DEPARTMENT

**Docket Number: 1166858**
Receipt Number:   Date:   Sheriff/Constable Fee: $

MYRTLE RAMSEUR
**Plaintiff**
VS.
TARGET CORPORATION
**Defendant**

In The County Civil Court at Law No. 2
201 Caroline #517
Houston, Tx 77002

## THE STATE OF TEXAS
## ORIGINAL PETITION CITATION

To:   TARGET CORPORATION
C/O REGISTERED AGENT: CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS, TEXAS  75201

Attached is a copy of petition.
This instrument was filed on the **30th day of March, 2021,** in the above cited cause number and court. The instrument attached describes the claim against you.

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the county clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Issued and given under my hand and the seal of said court, at Houston, Texas, on this 31st day of March, 2021

(Seal)

Teneshia Hudspeth, County Clerk
County Civil Court at Law No. 2
201 Caroline, Suite 300
Harris County, Texas 77002

*Barbara Prashaw*
Barbara Prashaw
Deputy County Clerk

Requested By:   KENNETH R. BAIRD
THE BAIRD LAW FIRM
2323 SOUTH VOSS ROAD SUITE 325
HOUSTON TX  77057

P.O. Box 1525 ● Houston, TX 77251-1525 ● (713) 274-1374

Form No. H01029 (Rev. 08/29/2016)       WWW.CCLERK.HCTX.NET       Page 1 of 1

**OFFICER'S RETURN**

Came to hand on _____, at _____ o'clock __.M. and executed in _____ County, Texas, by delivering to each of the within named Defendants, in person, a true copy of this Citation together with the accompanying copy of the Plaintiff's petition, at the following time and places to-wit:

| NAME | DATE | | | TIME | PLACE OR ADDRESS OF SERVICE |
|------|------|------|------|------|-----------------------------|
|      | Month | Day | Year | Hour / Min. - AM/PM |  |
|      |      |      |      |      |                             |
|      |      |      |      |      |                             |
|      |      |      |      |      |                             |

and not executed as to the Defendant _____

_____

the diligence used in finding said Defendant, being _____

_____

and the cause of failure to execute this process is: _____

and the information received as to the whereabouts of the said Defendant, being: _____

_____

_____(Sheriff)

(Authorized Person) (Constable)

Sworn to and subscribed before me this _____ day _____ County, Texas

of _____

By _____, Deputy

(Notary Public)

---

**RETURN FOR NOTICE TO SERVE NON-RESIDENT DEFENDANT**

STATE OF _____ §

COUNTY OF _____ §

Before me, the undersigned authority, personally appeared _____,

a person competent to make oath, and who by me being duly sworn, deposes and says; that this notice came to hand on _____

_____, at _____ o'clock A.M./P.M., and executed by delivering

to defendant, _____, in person, at _____.

in _____, County _____, State of

_____, on _____, at _____ o'clock

A.M./P.M., a true copy of the notice, with a copy of plaintiff's petition attached thereto. He further says that he is in no manner interested in this Suit.

Sworn to and subscribed before me,

_____.

_____(Sheriff)

(Constable)

_____, County,

State of _____

By _____ Deputy

Form No. H-01-28 (Rev. 08/01/2011)



# OFFICE OF TENESHIA HUDSPETH
COUNTY CLERK, HARRIS COUNTY, TEXAS
COUNTY CIVIL COURTS DEPARTMENT

Docket Number: 1166858
Receipt Number:    Date:    Sheriff/Constable Fee: $

MYRTLE RAMSEUR
Plaintiff
VS.
TARGET CORPORATION
Defendant

In The County Civil Court at Law No. 2
201 Caroline #517
Houston, Tx 77002

## THE STATE OF TEXAS
## ORIGINAL PETITION CITATION

To:    TARGET CORPORATION
C/O REGISTERED AGENT: CT CORPORATION SYSTEM
1999 BRYAN STREET, SUITE 900
DALLAS, TEXAS  75201

Attached is a copy of petition.
This instrument was filed on the **30th day of March, 2021,** in the above cited cause number and court. The instrument attached describes the claim against you.

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the county clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Issued and given under my hand and the seal of said court, at Houston, Texas, on this 31st day of March, 2021

(Seal)

Teneshia Hudspeth, County Clerk
County Civil Court at Law No. 2
201 Caroline, Suite 300
Harris County, Texas 77002

*Barbara Prashaw*
Barbara Prashaw
Deputy County Clerk

Requested
By:

KENNETH R. BAIRD
THE BAIRD LAW FIRM
2323 SOUTH VOSS ROAD SUITE 325
HOUSTON TX  77057

P.O. Box 1525 ● Houston, TX 77251-1525 ● (713) 274-1374

**OFFICER'S RETURN**

Came to hand on _____, at _____ o'clock __.M. and executed in _____ County, Texas, by delivering to each of the within named Defendants, in person, a true copy of this Citation together with the accompanying copy of the Plaintiff's petition, at the following time and places to-wit:

| NAME | DATE | | | TIME | PLACE OR ADDRESS OF SERVICE |
|---|---|---|---|---|---|
| | Month | Day | Year | Hour / Min. - AM/PM | |
| | | | | | |
| | | | | | |
| | | | | | |

and not executed as to the Defendant _____

the diligence used in finding said Defendant, being _____

and the cause of failure to execute this process is: _____
and the information received as to the whereabouts of the said Defendant, being: _____

_____ (Sheriff)
(Authorized Person)                                                                                     (Constable)
Sworn to and subscribed before me this _____ day _____ County, Texas

of _____

By _____, Deputy

(Notary Public)

---

**RETURN FOR NOTICE TO SERVE NON-RESIDENT DEFENDANT**

STATE OF _____ §

COUNTY OF _____ §

Before me, the undersigned authority, personally appeared _____,
a person competent to make oath, and who by me being duly sworn, deposes and says; that this notice came to hand on _____
_____, at _____ o'clock A.M./P.M., and executed by delivering
to defendant, _____, in person, at _____
in _____, County _____, State of _____
_____, on _____, at _____ o'clock
A.M./P.M., a true copy of the notice, with a copy of plaintiff's petition attached thereto. He further says that he is in no manner interested in this Suit.

Sworn to and subscribed before me,

_____ (Sheriff)
                                                                                                    (Constable)
_____, County,

State of _____

By _____ Deputy

Form No. H-01-28 (Rev. 08/01/2011)